IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ASHLEY CARRIZALES, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:20-cv-00382 |
| | § | JURY |
| KENNETH MULLINS, | § | |
| *Defendant*. | § | |

# NOTICE OF REMOVAL

Defendant Kenneth Mullins hereby gives notice of removal of the above-captioned action from the 295th Judicial District Court of Harris County, Texas, to the United States District Court for the Southern District of Texas, Houston Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. In support thereof, Mullins respectfully shows as follows:

## I.
## INTRODUCTION

1. On or about January 3, 2020, Plaintiff Ashley Carrizales filed the lawsuit assigned Cause No. 2020-00452, styled *Ashley Carrizales v. Kenneth Mullins*, and assigned to the 295th Judicial District Court of Harris County, Texas. A copy of the state court file is attached as Exhibit A. Carrizales contends that she sustained bodily injury in an automobile accident that occurred on May 21, 2019, involving a vehicle driven by Carrizales and a tractor-trailer operated by Defendant Kenneth Mullins. *Pl's Orig. Pet.* [Exhibit A]. Removal based on diversity jurisdiction is proper because there is complete

diversity of citizenship between the parties and the amount in controversy exceeds $75,000.00.

## II.
## TIMLINESS OF REMOVAL

2.     On or about January 11, 2020, Carrizales's lawsuit was served on Mullins. *See Aff. of Serv.* [Exhibit A]. Mullins is therefore filing this notice of removal within the thirty-day time period as required by 28 U.S.C. § 1446(b). *See Bd. of Regents of Univ. of Tex. Sys. v. Nippon Tel. & Tel. Corp.*, 478 F.3d 274, 278 (5th Cir. 2007).

## III.
## BASIS OF REMOVAL – DIVERSITY JURISDICTION

3.     Removal is proper because there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000, exclusive of interest and costs. 28 § U.S.C. §1332(a).

**A.    Diversity of Citizenship**

4.     This is a case between citizens of different states, and complete diversity among the parties exists and existed as of the time of filing of this lawsuit and as of the time of filing of this notice of removal. No defendant in this lawsuit is a citizen of the same state as Carrizales.

5.     In her petition, Carrizales alleges that she is a resident of Houston, Harris County, Texas. *Pl's First Am. Pet.* [Exhibit A].

6.     Mullins is a resident of Elbert County, Georgia. *See id.*

7.     On or about January 30, 2020, Carrizales amended her petition and added Matthews International Corporation ("Matthews") as a Defendant. *Id.* There is no

indication that Matthews has received service of process of the lawsuit. In any event, Carrizales alleges that Matthews is a Pennsylvania corporation. *Id.*

8. Removal is therefore proper under 28 U.S.C. § 1332(a)(1).

### B. Amount in Controversy

9. In her petition, Carrizales specifically alleges, "As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff, ASHLEY CARRIZALES, was caused to suffer serious bodily injuries, and to incur the following damages for which Plaintiff seeks monetary relief of over $1,000,000.00 but not more than $10,000,000." *Pl's First Am. Pet.* [Exhibit A].

10. Accordingly, the amount in controversy exceeds $75,000, excluding interest and costs. *See* 28 U.S.C. §1332. Removal is therefore proper. *Id.*

## IV.
## NOTICE

11. Pursuant to 28 U.S.C. § 1446(d), prompt written notice of the filing of this Notice of Removal is being given to all parties, and a true and correct copy of this Notice of Removal is being filed with the Harris County District Clerk.

## V.
## COMPLIANCE WITH 28 U.S.C. § 1446(a) AND LOCAL RULE LR81

12. Pursuant to 28 U.S.C. § 1446(a) and Local Rule LR81 for the United States District Court for the Southern District of Texas, the following items are attached to this Notice of Removal: (1) copies of all processes, all pleadings, and the docket sheet from the state court, attached as Exhibit A; (2) a list of all counsel of record, including

addresses, telephone numbers, and parties represented, attached as Exhibit B; and (3) an index of matters being filed, attached as Exhibit C.

## VI.
## VENUE

13. Venue is proper in this district pursuant to 28 U.S.C. § 1441(a) because the state court in which this action has been pending is located in this district.

## VII.
## JURY DEMAND

14. Carrizales's petition includes a demand for trial by jury. [Ex. A]. In addition, Mullins filed a jury demand with the Harris County District Clerk. *Id.*

## VIII.
## CONCLUSION AND PRAYER

All of the prerequisites for removal are satisfied, and removal is proper pursuant to 28 U.S.C. §§ 1332(a) and 1446. Defendant Kenneth Mullins respectfully requests that this Court remove this lawsuit to the United States District Court for the Southern District of Texas, Houston Division and for any other and further relief to which this Defendant may be justly entitled.

        Respectfully submitted,
        **GERMER, PLLC**

By: /s/ Debra Bradberry, with permission
    Troy A. Williams
    State Bar No. 00788678
    Federal I.D. No. 19043
    America Tower
    2929 Allen Parkway, Suite 2900
    Houston, Texas 77019
    Telephone: (713) 650-1313
    Facsimile: (713) 739-7420
    E-Mail: twilliams@germer.com

**LEAD ATTORNEY FOR DEFENDANT KENNETH MULLINS**

**OF COUNSEL:**
Debra Bradberry
State Bar No. 24048362
Federal I.D. No. 587156
America Tower
2929 Allen Parkway, Suite 2900
Houston, Texas 77019
Telephone: (713) 650-1313
Facsimile: (713) 739-7420
E-Mail: dbradberry@germer.com

## CERTIFICATE OF SERVICE

I hereby certify service of the foregoing on all counsel of record on February 4, 2020, as follows:

<u>By Certified Mail, Return Receipt Requested, E-mail, and/or State Court Electronic Service</u>:
Samuel R. Sherman
Sherman Law Firm, PLLC
5615 Kirby Drive, Suite 780
Houston, Texas 77005
Tel. (713) 223-1520
Fax. (832) 787-1090
sam@shermanpllc.com
*Attorney for Plaintiff Ashley Carrizales*

                              /s/ Debra Bradberry
                              DEBRA BRADBERRY